IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| 1. GARY BAZEMORE,<br>*Individually and on behalf of*<br>*other similarly situated*<br>*employees and former employees*, | ) ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Case No. CIV-10-420-M |
| 1. THE BOARD OF COUNTY<br>    COMMISSIONERS OF THE<br>    COUNTY OF GRADY,<br>    STATE OF OKLAHOMA, | ) ) ) ) ) | |
| 2. THE GRADY COUNTY CRIMINAL<br>    JUSTICE AUTHORITY, | ) ) ) | |
| Defendants. | ) | |

**SEALED DOCUMENT**

---

**PLAINTIFF'S SEALED EXHIBIT NUMBER 2**
**TO PLAINTIFFS' APPLICATION TO APPROVE SETTLEMENT**

---

**RESPECTFULLY SUBMITTED THIS 16th DAY OF OCTOBER, 2012.**

HAMMONS, GOWENS, HURST
& ASSOCIATES

Mark Hammons, OBA No. 3784
Amber L. Hurst, OBA No. 21231
325 Dean A. McGee Avenue
Oklahoma City, Oklahoma 73102
Telephone: (405) 235-6100
Facsimile: (405) 235-6111
*Counsel for Plaintiff*